**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re:  BEAR RIVER INTERNATIONAL, LLC | § | Case No. 15-41922 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  Michelle H. Chow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 *(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distribution to Claimants:  $718,331.15 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $674,993.93 | |

  3) Total gross receipts of $1,393,325.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,393,325.08 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 674,993.93 | 674,993.93 | 674,993.93 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 9,967.71 | 9,967.71 | 9,967.71 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,953,157.16 | 11,528,131.66 | 926,964.10 | 708,363.44 |
| **TOTAL DISBURSEMENTS** | **$1,953,157.16** | **$12,213,093.30** | **$1,611,925.74** | **$1,393,325.08** |

      4) This case was originally filed under Chapter 7 on 10/30/2015. The case was pending for 67 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/14/2021            By: /s/ Michelle H. Chow
                                                                   Chapter 7 Bankruptcy Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT CLAIMS - D&O/EPL Policy | 1149-000 | 1,243,125.00 |
| TAX REFUND | 1224-000 | 150,200.08 |
| **TOTAL GROSS RECEIPTS** | | **$1,393,325.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | N/A | | | |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michelle H. Chow | 2100-000 | N/A | 65,049.75 | 65,049.75 | 65,049.75 |
| Michelle H. Chow | 2200-000 | N/A | 357.38 | 357.38 | 357.38 |
| PASSMAN & JONES, P.C. | 3210-600 | N/A | 497,250.00 | 497,250.00 | 497,250.00 |
| PASSMAN & JONES, P.C. | 3220-610 | N/A | 6,384.15 | 6,384.15 | 6,384.15 |
| Lain, Faulkner & Co. P.C. | 3410-000 | N/A | 19,538.50 | 19,538.50 | 19,538.50 |
| LITZLER, SEGNER, SHAW & MCKENNEY, LLP | 3410-580 | N/A | 28,467.56 | 28,467.56 | 28,467.56 |
| Lain, Faulkner & Co. P.C. | 3420-000 | N/A | 224.92 | 224.92 | 224.92 |
| GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | 2300-000 | N/A | 4,515.00 | 4,515.00 | 4,515.00 |
| WELLS FARGO CAPITAL FINANCE | 2410-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Bank and Technology Fees | 2600-000 | N/A | 8,426.09 | 8,426.09 | 8,426.09 |
| Mark Agee | 3110-000 | N/A | 42,780.96 | 42,780.96 | 42,780.96 |
| Mark Agee | 3120-000 | N/A | 699.62 | 699.62 | 699.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$674,993.93** | **$674,993.93** | **$674,993.93** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4A | Arkansas Dept of Finance | 5800-000 | 0.00 | 4,524.85 | 4,524.85 | 4,524.85 |
| 12A | Texas Comptroller of Public Accounts c/o Office of the Attor | 5800-000 | 0.00 | 5,442.86 | 5,442.86 | 5,442.86 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$9,967.71** | **$9,967.71** | **$9,967.71** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | China Golden Zhejiang Royal | 7100-000 | 320,718.38 | 345,048.38 | 345,048.38 | 263,677.59 |
| 1 correction | China Golden International Co., Ltd. | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| 2 | Bruce and Kristy Heckendorn | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | Walmart Stores Inc. | 7100-000 | 0.00 | 25,128.16 | 25,128.16 | 19,202.33 |
| 4B | Arkansas Dept of Finance | 7100-000 | 0.00 | 13,950.48 | 13,950.48 | 10,660.62 |
| 5 | Uline Shipping Supplies | 7100-000 | 208.52 | 208.52 | 208.52 | 159.35 |
| 6 | Fedex Techconnect Inc. | 7100-000 | 0.00 | 7,762.86 | 7,762.86 | 5,932.19 |
| 7 | Up to Par Technology | 7100-000 | 15,273.70 | 15,249.95 | 15,249.95 | 11,653.64 |
| 8 | Eagle Fund ii LP | 7100-000 | 0.00 | 4,508,470.00 | 0.00 | 0.00 |
| 9 | Petra Growth Fund LP | 7100-000 | 0.00 | 3,937,795.00 | 0.00 | 0.00 |
| 10 | Shanghai Glyn Inc. | 7100-000 | 32,419.45 | 95,817.60 | 95,817.60 | 73,221.48 |
| 11 | Shenzhen CE & IT Limited John T. Palter | 7100-000 | 4,000.00 | 2,154,902.56 | 0.00 | 0.00 |
| 12B | Texas Comptroller of Public Accounts | 7100-000 | 0.00 | 484.42 | 484.42 | 370.18 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Kien Well Toy Industrial Co LTD | 7100-000 | 275,461.20 | 423,313.73 | 423,313.73 | 323,486.06 |
| 14 | Bear River Holdings LLC | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Avery Dennison | 7100-000 | 111.35 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bear Grylls Ventures | 7100-000 | 208,148.94 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bold Well Industrial Ltd | 7100-000 | 97,108.74 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Colonial Life | 7100-000 | 2,220.86 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Darko, Inc. | 7100-000 | 43,864.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | England Logistics | 7100-000 | 544.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Estes Express Lines | 7100-000 | 249.59 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fairland Toy Electronic Co. Ltd. | 7100-000 | 183,171.08 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Choice Services | 7100-000 | 513.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gakkiku Design Company | 7100-000 | 3,483.87 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Global Trade Logistics | 7100-000 | 1,697.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IMG Worldwide INC | 7100-000 | 37,668.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Incomm Product Control | 7100-000 | 2,727.65 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IndCor Properties | 7100-000 | 786.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Northern Group | 7100-000 | 993.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Oceanland Service INC | 7100-000 | 61.68 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Omni Tech Trans, LLC | 7100-000 | 200.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Osky Blue | 7100-000 | 5,330.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Panda Logistics | 7100-000 | 24,164.66 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Phoenix Copy | 7100-000 | 797.81 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Premier Computing | 7100-000 | 574.05 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Quill.com | 7100-000 | 281.30 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Siras | 7100-000 | 11,865.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SPP Company Limited | 7100-000 | 8,049.48 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SPS Commerce, Inc | 7100-000 | 2,750.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Star Rainbow Co., Ltd | 7100-000 | 249,865.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | State of New Jersey Dept. of Labor | 7100-000 | 673.29 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Tat Kei Wah Sing Electronic | 7100-000 | 50,940.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Three Sixty Sales | 7100-000 | 4,428.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TOY2UMANUFACTORY COMPANY L7D | 7100-000 | 17,436.62 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Unicorn Hobby Corporation | 7100-000 | 107,152.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | UPS | 7100-000 | 1,027.93 | 0.00 | 0.00 | 0.00 |
| NOTFILED | UPS | 7100-000 | 1,038.59 | 0.00 | 0.00 | 0.00 |
| NOTFILED | UPS Supply Chain Solutions | 7100-000 | 184.39 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Win Gun Technology Co., Ltd | 7100-000 | 197,848.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Yue Tat (HK) Development Company/WG | 7100-000 | 37,117.84 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,953,157.16** | **$11,528,131.66** | **$926,964.10** | **$708,363.44** |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case Number: | 15-41922 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | BEAR RIVER INTERNATIONAL, LLC | | Filed (f) or Converted (c): | 10/30/15 (f) |
| | | | §341(a) Meeting Date: | 12/04/15 |
| Period Ending: | 05/14/21 | | Claims Bar Date: | 07/05/16 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CONTINGENT CLAIMS - D&O/EPL Policy  NOTE: This is the only scheduled asset on the original schedules. No amended AB filed as of 03/31/16.;Per Debtor's schedules; '$3,000,000 shared D&O/EPL policy with AIG with six year run-off limit in force through 08/06/21.' Trustee intends to pursue any claim on insurance. 18. This remains the sole scheduled assets from the original schedules. No amendments to schedules as of 03/31/2019. Funds collected 08/13/18 and fully administered. See Motion 06/13/18 #94 and Order 08/10/18 #116. | 0.00 | 500,000.00 | | 1,243,125.00 | FA |
| 2 | TAX REFUND (u)  Unscheduled and unexpected refund from the US Treasury for Bear River. | 0.00 | 150,000.00 | | 150,200.08 | FA |
| 3 | FRAUDULENT TRANSFER (SOFA EXHIBITS)  This line item reserved for possible fraudulent transfers from transactions listed on the SOFA. Proposed special counsel to investigated and accountant for estate assisted with records analysis for this line item. No collection for this line item, all under asset #1. | 0.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$0.00** | **$650,000.00** | | **$1,393,325.08** | **$0.00** |

**Major activities affecting case closing:**
As of date submitted to UST for review: 10/29/2020: All case administration completed, IRS confirmed no further audit issues, claims reviewed/objections granted, and estate professionals' final fee applications granted. Ready for TFR.

Prior reporting periods:
As of 03/31/2020 reporting period: Additional claims activity between general counsel and selected creditors, and tax filings prepared by estate accountant. On 08/26/19, Trustee received notice from the IRS that the 4 cases were selected for audit. Documents requested and produced. Trustee and accountant Lain Faulkner responding to requests but do not have much indication of when they will be complete with their review. Trustee can only provide a very rough estimate and can only close this case subject to the IRS's timing. This is the remaining activity in this case before final professionals' fee applications.

From 04/01/18-03/31/2019: Causes of action against various parties was resolved, and settlement reached. Trustee and her counsels mediated and deliberated many hours to reach this settlement. See Motion 06/13/2018 #94 and the Order 08/10/2018 #116 for settlement of $3.85 million, the determination of proceeds split between the 4 related cases, and also the Trustee's counsels' fee applications and Orders within the same time period. The funds deposited to each respective bankruptcy case and awaiting the final tax returns and final professionals' fee applications before the final report. Claims were reviewed and objections granted in 08/2018 through 11/2018.

From 04/01/17-03/31/18: The main activity during the reporting period was multiple mediation meetings and attempt at settlement between multiple parties and insurance. Towards the end of this reporting period, the amount of $3.85 million was introduced, but terms were not acceptable to the Trustee. The main issues besides the amount of settlement were allocation between the 4 related estates and the individual claims of filed by the Defendants. Trustee is very hopeful that a compromise will be reached and a settlement motion outlining all the terms will be filed in the next reporting period.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Periods prior to 03/31/17: Requests were made for documents/document production and review/motions for 2004 exam against parties related to Debtors. Trustee's counsels identified these parties as having liquidity and/or coverage by the D&O policies which could ultimately net funds for the bankruptcy estate. These were the 'owners' and 'foreclosers' on the business entities: 1. PEAG LLC; 2.TCP Group (Transition Capitial Partners); 3.Petra Growth Fund; 4. Wells Fargo.

Many times have the trustee and counsel met and/or conferenced called to discuss case progress and strategy. Special counsel may add additional professionals to assist with document and financial statement review/data mining, which is not included under Lain Faulkner as tax accountants for the estate. Documents produced by TCP, but incomplete fro  PEAG LLC. Wells Fargo lags a bit behind in documents requested/produced.

Case background: This is part of 4 related Chapter 7 cases which have been administratively consolidated:
15-41922 Bear River International, LLC - sold guns and sporting equipment
15-41920 JLab, LLC -  sold headphones and audio products
15-41918 Mach Speed Holdings, LLC - holding company for all three
15-41919 Mach Speed Technologies, LLC - sold MP3 type digital media players

These four related companies had the same officers/directors and appear to have possibly used the same books and records. Mach Speed Holdings, LLC was the holding/parent company of the other three. It was formed by various 'investor-type entities' - Transition Capital Partners (a Dallas based private equity firm), Petra Capital Partners, and Bush O'Donnell Capital Partners. The 'lenders' basically took back their business, and this along with other directed payments are the potential remaining assets of the business. Trustee hired special counsel/special litigators who will determine best course of action. Trustee also hired general counsel and accountants for the estate (for tax returns). Assets collected to date include state taxing authority refunds, miscellaneous refunds, and Wells Fargo bank balances.

General Counsel for Trustee: Mark Agee
Accountant for Trustee: Lain Faulkner
Debtor Counsel: Joe Marshall; Marshall Law;  5001 Spring Valley Road, Suite 400E; Dallas, TX 75244-3910 (972)-393-3900; jmarshall@marshalllaw.net
Debtor's Principal: Keith Driscoll
Special Counsel for Trustee: Chris Robison;  Passman & Jones, 2500 Renaissance Tower;  1201 Elm Street;  Dallas, TX 75270 and Sommerman, McCaffity & Quesada, LLP
Interested Party: Peter Jackson, represents Dan Lane

**Initial Projected Date of Final Report (TFR):**  December 31, 2020        **Current Projected Date of Final Report (TFR):**  October 29, 2020 (Actual)

_____May 14, 2021_____                    /s/ Michelle H. Chow
Date                                           Michelle H. Chow

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41922 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | BEAR RIVER INTERNATIONAL, LLC | | Bank Name: | Bank of Kansas City |
| | | | Account: | ******1498 - Checking Account |
| Taxpayer ID#: | **-***3668 | | Blanket Bond: | N/A |
| Period Ending: | 05/14/21 | | Separate Bond: | 810,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/27/16 | Asset #2 | United States Treasury | Refund from the IRS | 1224-000 | 150,200.08 | | 150,200.08 |
| 01/29/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 21.54 | 150,178.54 |
| 02/29/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 208.23 | 149,970.31 |
| 03/31/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 222.29 | 149,748.02 |
| 04/29/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 214.80 | 149,533.22 |
| 05/31/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 221.64 | 149,311.58 |
| 07/14/16 | | Bank and Technology Fees | TRANSFER OF FUNDS | 9999-000 | | 149,097.41 | 214.17 |
| 07/14/16 | | Bank and Technology Fees | BANK SERVICE FEE | 2600-000 | | 214.17 | 0.00 |

|  |  | ACCOUNT TOTALS | 150,200.08 | 150,200.08 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 149,097.41 | |
|  |  | Subtotal | 150,200.08 | 1,102.67 | |
|  |  | Less: Payment to Debtors | | 0.00 | |
|  |  | NET Receipts / Disbursements | $150,200.08 | $1,102.67 | |

Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41922 BR | | Trustee: | Michelle H. Chow |
| --- | --- | --- | --- | --- |
| Case Name: | BEAR RIVER INTERNATIONAL, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4578 - Checking Account |
| **Taxpayer ID#:** | **-***3668 | | Blanket Bond: | N/A |
| **Period Ending:** | 05/14/21 | | Separate Bond: | 810,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/14/16 | | BANK OF KANSAS CITY | TRANSFER OF FUNDS | 9999-000 | 149,097.41 | | 149,097.41 |
| 08/03/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 120.96 | 148,976.45 |
| 09/06/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 208.17 | 148,768.28 |
| 10/03/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 207.92 | 148,560.36 |
| 11/03/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 207.60 | 148,352.76 |
| 12/05/16 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 207.31 | 148,145.45 |
| 01/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 207.04 | 147,938.41 |
| 02/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 206.73 | 147,731.68 |
| 03/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 206.44 | 147,525.24 |
| 04/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 206.15 | 147,319.09 |
| 05/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 205.86 | 147,113.23 |
| 06/05/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 205.57 | 146,907.66 |
| 07/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 205.31 | 146,702.35 |
| 08/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 205.00 | 146,497.35 |
| 09/05/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 204.71 | 146,292.64 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41922 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | BEAR RIVER INTERNATIONAL, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4578 - Checking Account |
| Taxpayer ID#: | **-***3668 | | Blanket Bond: | N/A |
| Period Ending: | 05/14/21 | | Separate Bond: | 810,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/04/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 204.45 | 146,088.19 |
| 11/03/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 204.15 | 145,884.04 |
| 12/04/17 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 203.86 | 145,680.18 |
| 01/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 203.58 | 145,476.60 |
| 02/05/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 203.29 | 145,273.31 |
| 03/05/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 203.03 | 145,070.28 |
| 04/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 202.74 | 144,867.54 |
| 05/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 202.44 | 144,665.10 |
| 06/04/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 202.15 | 144,462.95 |
| 07/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 201.88 | 144,261.07 |
| 08/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 201.59 | 144,059.48 |
| 08/13/18 | Asset #1 | Settlement Proceeds Wire-In | Per Settlement Agreement | 1149-000 | 1,243,125.00 | | 1,387,184.48 |
| 08/21/18 | 101 | GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | Per invoice 3619Bond SNN4010004 | 2300-000 | | 2,085.00 | 1,385,099.48 |
| 08/27/18 | 102 | MARK I AGEE | Per Order 08/10/18 #115Trustee general counsel fees | 3110-000 | | 31,572.60 | 1,353,526.88 |

Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41922 BR | | Trustee: | Michelle H. Chow |
| --- | --- | --- | --- | --- |
| Case Name: | BEAR RIVER INTERNATIONAL, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4578 - Checking Account |
| Taxpayer ID#: | **-***3668 | | Blanket Bond: | N/A |
| Period Ending: | 05/14/21 | | Separate Bond: | 810,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/27/18 | 103 | MARK I AGEE | Per Order 08/10/18 #115Trustee general counsel expenses | 3120-000 | | 386.17 | 1,353,140.71 |
| 08/27/18 | 104 | Lain, Faulkner & Co. P.C. | Per Order 08/10/18 #119Trustee accountant (tax filings) fees | 3410-000 | | 16,290.50 | 1,336,850.21 |
| 08/27/18 | 105 | Lain, Faulkner & Co. P.C. | Per Order 08/10/18 #119Trustee accountant (tax filings) expenses | 3420-000 | | 140.92 | 1,336,709.29 |
| 08/27/18 | 106 | PASSMAN & JONES, P.C. | Per Order 08/10/18 #117Trustee special counsel fees | 3210-600 | | 497,250.00 | 839,459.29 |
| 08/27/18 | 107 | PASSMAN & JONES, P.C. | Per Order 08/10/18 #117Trustee special counsel expenses | 3220-610 | | 6,384.15 | 833,075.14 |
| 08/27/18 | 108 | LITZLER, SEGNER, SHAW & MCKENNEY, LLP | Per Order 08/10/18 #118Trustee special accountants fees | 3410-580 | | 28,467.56 | 804,607.58 |
| 09/04/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 1,162.71 | 803,444.87 |
| 10/03/18 | | Bank and Technology Fees | Bank Service Fee | 2600-000 | | 1,122.78 | 802,322.09 |
| 12/23/18 | 109 | WELLS FARGO CAPITAL FINANCE | PER ORDER 12/11/18 #155ORDER LITIGATION EXP/DOCUMENT PRODUCTION | 2410-000 | | 1,300.00 | 801,022.09 |
| 07/18/19 | 110 | GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | Inv. date 07/16/19 #4567Policy #SSN4010004Bond renewal $810k 08/13/19 annual | 2300-000 | | 1,215.00 | 799,807.09 |

Page: 5

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41922 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | BEAR RIVER INTERNATIONAL, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4578 - Checking Account |
| Taxpayer ID#: | **-***3668 | | Blanket Bond: | N/A |
| Period Ending: | 05/14/21 | | Separate Bond: | 810,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/20 | | Signature Bank | Transfer to account ending 1577 | 9999-000 | | 799,807.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,392,222.41 | 1,392,222.41 | $0.00 |
| | | | Less: Bank Transfers | | 149,097.41 | 799,807.09 | |
| | | | **Subtotal** | | 1,243,125.00 | 592,415.32 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,243,125.00** | **$592,415.32** | |

Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41922 BR | | Trustee: | Michelle H. Chow |
| --- | --- | --- | --- | --- |
| Case Name: | BEAR RIVER INTERNATIONAL, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1577 - Checking Account |
| Taxpayer ID#: | **-***3668 | | Blanket Bond: | N/A |
| Period Ending: | 05/14/21 | | Separate Bond: | 810,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/08/20 | | Texas Capital Bank | Transfer from account ending 4578 | 9999-000 | 799,807.09 | | 799,807.09 |
| 07/21/20 | 1001 | GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | Bond renewal #567 07/21/20<br>BOnd SSN4010004 8/13/20-8/13/21<br>$810,000 coverage | 2300-000 | | 1,215.00 | 798,592.09 |
| 09/23/20 | 1002 | Mark Agee | Per order 09/23/2020 #169<br>Trustee attorney final fees and expenses | 3110-000 | | 11,208.36 | 787,383.73 |
| 09/23/20 | 1003 | Mark Agee | Per order 09/23/2020 #169<br>Trustee attorney final fees and expenses | 3120-000 | | 313.45 | 787,070.28 |
| 09/23/20 | 1004 | Lain, Faulkner & Co. P.C. | Per order 09/23/2020 #168<br>Trustee accountant final fees and expenses | 3410-000 | | 3,248.00 | 783,822.28 |
| 09/23/20 | 1005 | Lain, Faulkner & Co. P.C. | Per order 09/23/2020 #168<br>Trustee accountant final fees and expenses | 3420-000 | | 84.00 | 783,738.28 |
| 01/04/21 | 1006 | Michelle H. Chow | Dividend of 100.000000000%. | 2100-000 | | 65,049.75 | 718,688.53 |
| 01/04/21 | 1007 | Michelle H. Chow | Dividend of 100.000000000%. | 2200-000 | | 357.38 | 718,331.15 |
| 01/04/21 | 1008 | Arkansas Dept of Finance | Dividend of 100.000000000%, Claim No.4A.<br>Per POC: 'Priority portion of claim'<br>$4,524.85 of total $18,475.33 | 5800-000 | | 4,524.85 | 713,806.30 |
| 01/04/21 | 1009 | Texas Comptroller of Public Accounts | Dividend of 100.000000000%, Claim No.12A.<br>Priority portion of claim.<br>$5,442.86 of $5,927.28 total claim. | 5800-000 | | 5,442.86 | 708,363.44 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 15-41922 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | BEAR RIVER INTERNATIONAL, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1577 - Checking Account |
| Taxpayer ID#: | **-***3668 | | Blanket Bond: | N/A |
| Period Ending: | 05/14/21 | | Separate Bond: | 810,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/21 | 1010 | China Golden Zhejiang Royal | Dividend of 76.417570001%, Claim No.1. Filed with letter to Judge<br>Unsecured trade vendor;   Stopped on 03/10/2021 | 7100-004 | | 263,677.59 | 444,685.85 |
| 01/04/21 | 1011 | Walmart Stores Inc. | Dividend of 76.417570001%, Claim No.3. Filed as unsecured by Chuck Hendricks.<br>POC: 'Supplier agreement' | 7100-000 | | 19,202.33 | 425,483.52 |
| 01/04/21 | 1012 | Arkansas Dept of Finance | Dividend of 76.417570001%, Claim No.4B. Per POC: Unsecured portion itemized in attachments.<br>$13,950.48 of total $18,475.33 | 7100-000 | | 10,660.62 | 414,822.90 |
| 01/04/21 | 1013 | Uline Shipping Supplies | Dividend of 76.417570001%, Claim No.5. Per POC: 'Goods sold';  Stopped on 03/04/2021 | 7100-004 | | 159.35 | 414,663.55 |
| 01/04/21 | 1014 | Fedex Techconnect Inc. | Dividend of 76.417570001%, Claim No.6. Per POC: 'Services' | 7100-000 | | 5,932.19 | 408,731.36 |
| 01/04/21 | 1015 | Up to Par Technology | Dividend of 76.417570001%, Claim No.7. Per POC: network service<br>Filed as unsecured | 7100-000 | | 11,653.64 | 397,077.72 |
| 01/04/21 | 1016 | Shanghai Glyn Inc. | Dividend of 76.417570001%, Claim No.10.<br>Coded as unsecured by Court<br>Listed on Schedule F as unsecured<br>International claimant | 7100-000 | | 73,221.48 | 323,856.24 |
| 01/04/21 | 1017 | Texas Comptroller of Public Accounts | Dividend of 76.417570001%, Claim No.12B. Unsecured portion of franchise tax claim.<br>$484.42 of $5,927.28 total claim. | 5800-000 | | 370.18 | 323,486.06 |

Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41922 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | BEAR RIVER INTERNATIONAL, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1577 - Checking Account |
| Taxpayer ID#: | **-***3668 | | Blanket Bond: | N/A |
| Period Ending: | 05/14/21 | | Separate Bond: | 810,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/21 | 1018 | Kien Well Toy Industrial Co LTD | Dividend of 76.417570001%, Claim No.13. Per POC: 'Goods sold'<br>Filed as unsecured.;  Stopped on 03/04/2021 | 7100-004 | | 323,486.06 | 0.00 |
| 03/04/21 | 1013 | Uline Shipping Supplies | Dividend of 76.417570001%, Claim No.5. Per POC: 'Goods sold';  Stopped: Check issued on 01/04/2021 | 7100-004 | | -159.35 | 159.35 |
| 03/04/21 | 1018 | Kien Well Toy Industrial Co LTD | Dividend of 76.417570001%, Claim No.13. Per POC: 'Goods sold'<br>Filed as unsecured.;  Stopped: Check issued on 01/04/2021 | 7100-004 | | -323,486.06 | 323,645.41 |
| 03/05/21 | 1019 | Uline Shipping Supplies | Replaces TFR check #1013 | 7100-000 | | 159.35 | 323,486.06 |
| 03/09/21 | 1020 | Kien Well Toy Industrial Co LTD | Replaces TFR check #1018 - lost check | 7100-000 | | 323,486.06 | 0.00 |
| 03/10/21 | 1010 | China Golden Zhejiang Royal | Dividend of 76.417570001%, Claim No.1. Filed with letter to Judge<br>Unsecured trade vendor;   Stopped: Check issued on 01/04/2021 | 7100-004 | | -263,677.59 | 263,677.59 |
| 03/12/21 | 1021 | China Golden International Co., Ltd. | Replaces check #1010 per Creditor request and per original POC #1 beneficiary name not coded properly on original check #1010. ; Stopped on 04/08/2021 | 7100-004 | | 263,677.59 | 0.00 |
| 04/08/21 | 1021 | China Golden International Co., Ltd. | Replaces check #1010 per Creditor request and per original POC #1 beneficiary name not coded properly on original check #1010. ; Stopped: Check issued on 03/12/2021 | 7100-004 | | -263,677.59 | 263,677.59 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 15-41922 BR | Trustee: | Michelle H. Chow |
|---|---|---|---|
| Case Name: | BEAR RIVER INTERNATIONAL, LLC | Bank Name: | Signature Bank |
|  |  | Account: | ******1577 - Checking Account |
| Taxpayer ID#: | **-***3668 | Blanket Bond: | N/A |
| Period Ending: | 05/14/21 | Separate Bond: | 810,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/21 |  | China Golden Zhejiang Royal | Replaces checks 1010 and 1021 for payment to China Golden | 7100-000 |  | 263,677.59 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 799,807.09 | 799,807.09 | $0.00 |
| Less: Bank Transfers | 799,807.09 | 0.00 |  |
| **Subtotal** | 0.00 | 799,807.09 |  |
| Less: Payment to Debtors |  | 0.00 |  |
| **NET Receipts / Disbursements** | **$0.00** | **$799,807.09** |  |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **Checking # ******1498** | 150,200.08 | 1,102.67 | 0.00 |
| **Checking # ******1577** | 0.00 | 799,807.09 | 0.00 |
| **Checking # ******4578** | 1,243,125.00 | 592,415.32 | 0.00 |
|  | $1,393,325.08 | $1,393,325.08 | $0.00 |